UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARL KEVIN MARTIN

v.  Case No. 8:07-cr-48-T-24-TBM
8:12-cv-357-T-24-TBM

UNITED STATES OF AMERICA

Related Case No.: 8:10-cv-16-T-24-TBM
_____/

**ORDER**

This cause comes before the Court on Petitioner Martin's Construed Motion for a Certificate of Appealability ("COA"). (CV Doc. No. 6). Petitioner seeks a COA relating to this Court's denial of his § 2255 motion.

A prisoner pursuing a motion to vacate has no absolute entitlement to appeal a district court's denial of his motion. 28 U.S.C. § 2253(c)(1). Rather, a district court must first issue a COA. Id. "A [COA] may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." Id. at § 2253(c)(2). To make such a showing, Petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," Tennard v. Dretke, 542 U.S. 274, 282 (2004) (quoting Slack v. McDaniel 529 U.S. 473, 484 (2000)), or that "the issues presented were 'adequate to deserve encouragement to proceed further,'" Miller-El v. Cockrell, 537 U.S. 322, 335-36 (2003) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 n. 4 (1983)). Petitioner has not made the requisite showing in these circumstances.

Accordingly, it is ORDERED AND ADJUDGED that Petitioner's construed motion for a COA (CV Doc. No. 6) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 11th day of April, 2012.

Copies to:
All Parties and Counsel of Record

SUSAN C. BUCKLEW
United States District Judge